DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-cr-109 |
| Plaintiff, | STIPULATION AND ORDER FOR PRETRIAL RELEASE OF MARLENA M. JOHNSON |
| vs. | |
| EDDIE HOUSTON, JR, and MARLENA M. JOHNSON, | |
| Defendant | |

The parties agree and hereby stipulate to the pre-trial release of Defendant Marlena M. Johnson under the attached terms and conditions as outlined by pre-trial services:

Defendant Marlena M. Johnson, has been informed of the conditions for pretrial release to The Effort, Inc., by her attorney Danny D. Brace. and she agrees to those conditions.

Respectfully Submitted

Dated this 18th day of June, 2007

By: /s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for Marlena M. Johnson

By: /s/ Anne Pings
ANNE PINGS
United States Attorney

Stipulation and Order - 1

1  IT IS SO ORDERED:

2  _____
   HON. ~~DALE A. DROZD~~
3  U.S District Court Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONDITIONS OF RELEASE

RE: Johnson, Marlena
CRS. 07-109-FCD

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall remain in custody until bed space is available at The Effort, Inc., inpatient facility, and once admitted into the program, you shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, and participate in their program of substance treatment until released by the Pretrial Services Officer;

   a. Defense counsel, an investigator or an approved chaperone by Pretrial Services shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

4. You are released to the third party custody of The Effort, Inc., upon the availability of bed space;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. Upon successful completion of The Effort Residential Program, you shall participate in a program of medical or psychiatric treatment, including

       treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer;

9. Upon successful completion of The Effort Residential Program, you shall reside at a residence approved by Pretrial Services, and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

10. Upon successful completion of the residential program, you shall obtain/maintain gainful employment and provide verification to Pretrial Services as directed .