FILED
June 25, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:07-cr-109 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Marlena Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Marlena Johnson</u> Case <u>2:07-cr-109 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        <u>X</u>     Release on Personal Recognizance

        _      Bail Posted in the Sum of _____

        _      Corporate Surety Bail Bond

        <u>X</u>     (Other) <u>PTS conditions/supervision;</u>

<u>Pretrial Services is recommending the Court order the U.S.</u>

<u>Marshals to release the defendant to the custody of U.S.</u>

<u>Pretrial Services on Tuesday, June 26, 2007, at 8:30a.m., and</u>

<u>at that time an investigator, the defendant's sister or someone</u>

<u>from the defendant's attorney's office will escort the</u>

<u>defendant to the program to ensure she is admitted that day.</u>

Issued at <u>Sacramento, CA</u> on <u>6/25/07</u>   at 2:00 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge