1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )    2:07-cr-0109-FCD
12          Plaintiff,           )
                                )
13     v.                        )    STIPULATION ORDER
                                )    SETTING HEARING DATE
14 MARLENA JOHNSON,              )    FOR CHANGE OF PLEA
                                )
15          Defendant.           )
   _____)
16

17     It is hereby stipulated and agreed, by and between the

18 defendant Marlena Johnson, by and through her counsel, Danny D.

19 Brace, and the United States, through its counsel, Assistant United

20 States Attorney Anne Pings, to vacate the previously set trial

21 confirmation hearing date of October 9, 2007, as to this defendant

22 only, and to set a hearing date of October 22, 2007, at 10:00 a.m.

23 for change of plea by this defendant.

24     Defendant Johnson has expressed her intent to enter a plea of

25 guilty pursuant to an agreement with the United States.  The parties

26 need additional time to prepare the written agreement and to

27 finalize its terms.  Counsel for the defendant will use the

28

additional time to review the discovery files, discuss the parameters and consequences of a plea with Ms. Johnson, and to conduct any necessary factual investigation necessary in order to finalize the agreement.

The proposed date of October 22, 2007, is the Court's first regularly-scheduled calendar date compatible with the availability of Ms. Johnson's counsel. The availability of the date has been verified with the Court's clerk.

The parties agree that the Court should find that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice served by allowing defendant's counsel time to conduct investigation in a manner he believes necessary to provide effective representation in advising his client of the terms and consequences of a guilty plea outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 5, 2007               Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Anne Pings
                                     _____
                                     ANNE PINGS
                                     Assistant United States Attorney

                                     /s/ Anne Pings
                                     _____
                                     For Danny D. Brace
                                     Counsel for Defendant Johnson

IT IS SO ORDERED.

Dated: October 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE