McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-0109-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION & ORDER |
| | ) | SETTING HEARING DATE |
| MARLENA JOHNSON, | ) | FOR CHANGE OF PLEA |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed, by and between the defendant Marlena Johnson, by and through her counsel, Danny D. Brace, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set status hearing date of October 22, 2007, as to this defendant only, and to set a hearing date of November 26, 2007, at 10:00 a.m. for change of plea by this defendant.

Defendant Johnson has expressed her intent to enter a plea of guilty pursuant to an agreement with the United States. The parties need additional time to prepare the written agreement and to finalize its terms. In addition, Ms. Johnson has only recently been

released from a drug rehabilitation program.  Counsel for the defendant will use the additional time to review the discovery files, discuss the parameters and consequences of a plea with Ms. Johnson, and to conduct any necessary factual investigation necessary in order to finalize the agreement.

The Court's availability on the proposed date of November 26, 2007, has been verified with the Court's clerk.

The parties agree that the Court should find that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice served by allowing defendant's counsel time to conduct investigation in a manner he believes necessary to provide effective representation in advising his client of the terms and consequences of a guilty plea outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 19, 2007           Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Anne Pings
                                  _____
                                  ANNE PINGS
                                  Assistant United States Attorney


                                  /s/ Anne Pings
                                  _____
                                  For Danny D. Brace
                                  Counsel for Defendant Johnson

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE