DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MARLENA M. JOHNSON,<br><br>      Defendant | Case No.:  2:07-cr-109  FCD<br><br>STIPULATION AND ORDER FOR EXTENSION OF VOLUNTARY SURRENDER DATE |

The parties agree and hereby stipulate:

Defendant Marlena M. Johnson, was sentenced on March 31, 2008, and was ordered to voluntary surrender herself to the Bureau of Prison to begin her 21 month sentence on April 28, 2008, at 2:00 p.m.

During a visit to her physician at Sutter Medical, it was determined by her doctor that she must undergo gallbladder surgery and a liver biopsy.  The surgery has been scheduled for May, 1, 2008.  A letter from her physician indicates that she should be able to resume normal activity approximately two weeks after surgery.

It is therefore agreed that based on the above circumstances, Ms. Johnson voluntary

//////

//////

//////

//////

Stipulation and Order - 1

1  surrender date should be extended and changed to a surrender to the Bureau of Prisons on May
2  22, 2008, at 2:00 p.m., in order to allow her adequate time for recovery from surgery.

3  Respectfully Submitted

4
5  Dated this 23rd day of April, 2008

By: /s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for Marlena M. Johnson

By: /s/ Anne Pings
ANNE PINGS
United States Attorney

IT IS SO ORDERED.

DATED: April 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE